# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Estate of Amanda G. Criswell, by her Personal Representative, Judy Criswell, | ) ) ) | CASE NO. 4:15-CV-04831-RBH |
| Plaintiff, | ) ) | |
| vs. | ) ) | CONSENT ORDER |
| Aetna Life Insurance Company, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court based on consent of the parties. The parties have agreed that Plaintiff will dismiss the Second and Third Causes of Action and that Plaintiff's First and Fourth Causes of Action are redundant. Accordingly, the parties agree that Plaintiff shall proceed under the Fourth Cause of Action and that the parties agree the Plaintiff has appropriately pled a claim for recovery of benefits against the claim administrator, Aetna Life Insurance Company ("Aetna"), under § 502(a)(1)(b). Accordingly, the Plaintiff shall proceed on the Fourth Cause of Action under U.S.C. § 502(a)(1)(b) and all other causes of action shall be dismissed. In addition, Aetna's answer to the amended complaint [D.E. #41] shall be deemed a sufficient response to the amended complaint and no further response is required by Aetna.

AND IT IS SO ORDERED.

August 28, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

| | |
|---|---|
| I CONSENT**:** | I CONSENT: |
| *s/Gene M. Connell, Jr.* | *s/Jennifer E. Johnsen* |
| Gene M. Connell, Jr. (Fed. I.D. No. 236) | Jennifer E. Johnsen (Fed. I.D. No. 5427) |
| Kelaher, Connell & Connor, P.C. | Gallivan, White & Boyd, P.A. |
| The Courtyard, Suite 209 | 55 Beattie Place, Suite 1200 |
| 1500 U.S. Highway 17 North | P.O. Box 10589 |
| P.O. Drawer 14547 | Greenville, SC 29603 |
| Surfside Beach, SC 29587-4547 | (64) 271-9580 |
| (843) 238-5648 | Jjohnsen@gwblawfirm.com |
| gconnell@classactlaw.net | |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |
| August 25, 2017 | August 25, 2017 |
| Surfside Beach, South Carolina | Greenville,, South Carolina |